## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**CHRISTINE NISSEN,**

    **Plaintiff,**

**v.**                                                    **Case No: 5:20-cv-571-GKS-PRL**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

_____

### ORDER

As has become normal practice in social security appeals, the Commissioner has filed a motion for a 90-day stay because the SSA has not been able to prepare the certified administrative record due to the backlog caused by both the COVID-19 pandemic and rising court filings. The Commissioner represents that the instant motion is unopposed.

Upon due consideration, the Commissioner's motion (Doc. 10) is **GRANTED**. The Commissioner's deadline to file the certified administrative record and answer Plaintiff's complaint is extended until **June 28, 2021**. The Commissioner is encouraged to make all efforts to meet this deadline.

**DONE** and **ORDERED** in Ocala, Florida on March 25, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties