UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTINE NISSEN,

    Plaintiff,

v.                                               Case No.:  5:20-cv-571-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment With Remand. (Doc. 20). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 16). The Commissioner of Social Security seeks remand as follows: "Upon remand, the Commissioner will further evaluate the opinion from Dr. Edison Wong and take any other action deemed necessary." (Doc. 20, p. 1).

Accordingly, the Unopposed Motion for Entry of Judgment With Remand (Doc. 20) is **GRANTED** as follows:

(1)     Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for the

following: Upon remand, the Commissioner will further evaluate the opinion from Dr. Edison Wong and take any other action deemed necessary.

(2) The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

(3) If Plaintiff prevails in this action on remand, Plaintiff must comply with the Order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22.

**DONE** and **ORDERED** in Fort Myers, Florida on September 3, 2021.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties